IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STORAGECRAFT TECHNOLOGY
CORPORATION,

        Plaintiff,

  v.

JAMES KIRBY, et al.,

        Defendants.
_____/

No. 2:09-MC-0107-WBS-DAD

ORDER

        This matter came before the court on December 18, 2009, for hearing of plaintiff's properly noticed motion to compel compliance with subpoenas. Attorneys Heather M. Sneddon and Kurt A. Kappes appeared for plaintiff StorageCraft Technology Corporation. Jerry Snyder, Esq. appeared telephonically for non-party Leapfrog Software, Inc. Paul W. Windust, Esq. appeared for non-party NetJapan, Inc. No appearance was made by or on behalf of defendant James Kirby.

        For the reasons set forth on the record, the court granted non-party NetJapan, Inc.'s application for continuance of the hearing but declined to grant the lengthy continuance requested.

/////

IT IS ORDERED that:

1. Non-party NetJapan, Inc.'s December 14, 2009 ex parte application for continuance (Doc. No. 8) is granted;

2. The hearing of plaintiff's November 25, 2009 motion to compel compliance with subpoenas (Doc. No. 4) is continued to January 8, 2010 at 10:00 a.m. in Courtroom 27 before the undersigned;

3. Non-party NetJapan, Inc.'s opposition to plaintiff's motion shall be filed and served on or before December 31, 2009, and plaintiff's response shall be filed and served on or before 5:00 p.m. Wednesday January 6, 2010; and

4. The court encourages telephonic appearance at the hearing. To arrange telephonic appearance, the party shall contact Pete Buzo, the courtroom deputy of the undersigned magistrate judge, at (916) 930-4128 no later than 48 hours before the hearing.

DATED: December 24, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1\orders.civil\storagecraft0107.oah.121809